838

No. 74–1587. GONZALEZ ET AL. *v.* COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY. C. A. 1st Cir. Certiorari denied.

No. 74–1588. FORD MOTOR CREDIT CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–1591. WILLIAMS *v.* NICHOLS ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–1592. TURCO *v.* MONROE COUNTY BAR ASSN. OF NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 74–1593. CHEVRON INTERNATIONAL OIL CO. *v.* FAIRMONT SHIPPING CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–1594. DIAPULSE CORPORATION OF AMERICA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–1595. BROSTEN *v.* PARK CITY, ILLINOIS. App. Ct. Ill., 2d Jud. Dist. Certiorari denied.

No. 74–1596. COLD CREEK LAND & CATTLE CO. *v.* JONES ET UX. C. A. 9th Cir. Certiorari denied.

No. 74–1597. MASSEY ET AL. *v.* GULF OIL CORP. C. A. 5th Cir. Certiorari denied.

No. 74–1598. WEARY ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.